07 CV 10511

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.I.J.J. ENTERPRISES, INC.                              Plaintiff, | Case No._____ |
| -v- | **Rule 7.1 Statement** |
| LF STORES, CORP.; LF STORES NEW YORK, INC. and LIPSY LTD.,                  Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

A.I.J.J. ENTERPRISES, INC.            (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: November 21, 2007

*Marc P. Misthal*
Signature of Attorney

Attorney Bar Code: MM6636