AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE SCHEINDLIN

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

A.I.J.J. ENTERPRISES, INC.,

        Plaintiff,

V.

LF STORES, CORP.; LFSTORES NEW YORK, INC. and LIPSY LTD.,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 10511

TO: (Name and address of Defendant)

LF STORES NEW YORK, INC.
149 Spring Street
New York, NY 10012-3833

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George Gottlieb, Esq.
Gottlieb, Rackman & Reisman, P.C.
270 Madison Avenue, 8th Floor
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON          NOV 21 2007

CLERK          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/21/07 |
| NAME OF SERVER (PRINT) Koenig Pierre | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: LF Stores New York, Inc. located at 149 Spring St. New York, NY 10012-3833
The Summons and complaint was left with Jody, the Manager.
She is a 4 ft.11 Caucasian female with blue eyes and blonde hair.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/21/07
  Date

Signature of Server

270 Madison Ave, 8th Floor.
New York, NY 10016

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.