

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A.I.J.J. ENTERPRISES, INC.,
                Plaintiff,

-V-

LF STORES, CORP.; LFSTORES NEW YORK, INC. And LIPSY LTD.,
                Defendants.

**CERTIFICATE OF MAILING**

07 CV 10511 (SAS)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

29th day of November, 2007

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

21st day of November, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8607 9822 2462**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# GOTTLIEB, RACKMAN & REISMAN, P.C.
## COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

JAMES REISMAN
MICHAEL I. RACKMAN
GEORGE GOTTLIEB
BARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
AMY B. GOLDSMITH
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN

OF COUNSEL
DIANA MULLER*

* MEMBER OF THE BAR
OF ARGENTINA ONLY

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
MARC P. MISTHAL
FRANK D. DECOLVENAERE
STEVEN STERN
YUVAL H. MARCUS

PATENT AGENT
ZOYA V. CHERNINA

November 28, 2007

**BY HAND**
Mr. J. Michael McMahon
Clerk of the Court
U.S. Courthouse, Room 120
500 Pearl Street

---

**FedEx International Air Waybill — Sender's Copy**

**1 From**
- Sender's FedEx Account Number: 0100-4618-1
- Sender's Name: Marc P. Misthal
- Phone: 212-684-3900
- Company: Gottlieb, Rackman & Reisman, P.C.
- Address: 270 Madison Ave 8th Fl.
- City: New York    State: NY
- Country: U.S.A.    ZIP: 10016

**2 To**
- Recipient's Name: President
- Phone: 0845 680 0088
- Company: Lipsy LTD.
- Address: 45-46 Berners St.
- City: London    
- Country: U.K.    ZIP: W1T 3NE

**4 Express Package Service:** FedEx Intl. Priority

**5 Packaging:** FedEx Envelope

**7a Payment:** Sender — FedEx Acct. No. 0100-4618-1

**7b Payment Bill duties and taxes to:** Third Party — 0100-4618-1

**8 Your Internal Billing Reference:** 5553/001

Commodity: Legal Documents
Value for Customs: 0

FedEx Tracking Number: 8607 9822 2462
Form ID No. 0402
521J