Sch/to in )Lin, T



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A.I.J.J. ENTERPRISES, INC.,

          *Plaintiff,*

    -against-

LF STORES, CORP.; LF STORES NEW YORK, INC. and LIPSY LTD.,

          *Defendants.*

---

Civil Action No. 07 CV 10511 (SAS)

**STIPULATION EXTENDING TIME TO ANSWER OR RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff A.I.J.J. Enterprises, Inc., and Defendants LF Stores Corp. and LF Stores New York, Inc., as represented by the undersigned attorneys, that:

(1) LF Stores Corp. and LF Stores New York, Inc. will have until January 7, 2008, to answer or otherwise respond to the Complaint in the above-captioned action. No previous request for such an extension has been made. Plaintiff A.I.J.J. Enterprises, Inc. consents to the requested extension.

(2) LF Stores Corp. and LF Stores New York, Inc. will not challenge service of the Complaint.

(3) LF Stores New York, Inc. will not challenge jurisdiction.

(4) LF Stores Corp. reserves the right to challenge jurisdiction.

Dated:   New York, New York
         December 11, 2007

| GOTTLIEB RACKMAN & REISMAN, P.C. | O'MELVENY & MYERS LLP |
|---|---|
| By: /s/ Marc P. Misthal | By: /s/ Alexander M. Fong |
| Marc P. Misthal | Alexander M. Fong |
| 270 Madison Avenue | 7 Times Square |
| New York, NY 10016-0601 | New York, New York 10036 |
| (212) 684-3900 | (212) 326-2000 |
| mmisthal@grr.com | afong@omm.com |
| Attorneys for Plaintiff | Attorneys for Defendants |
| A.I.J.J. ENTERPRISES, INC. | LF STORES CORP. and |
|  | LF STORES NEW YORK, INC. |

SO ORDERED:

Date: Dec 17, 2007

/s/
U.S.D.J.

Shira A. Scheindlin, USDJ