UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                    :

A.I.J.J. ENTERPRISES, INC.,        :       07 CV 10511 (SAS)

            Plaintiff,      :

 - against –              :      **STIPULATION**

LF STORES, CORP., LF STORES NEW :
YORK, INC. and LIPSY LTD.,      :

        Defendants.     :
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys representing the below-mentioned parties to the above-referenced matter that the time of Defendant Lipsy, Ltd. to answer, move or otherwise respond to the Complaint in the above-referenced matter is hereby extended to and including January 7, 2008.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that Defendant Lipsy, Ltd. shall not assert defenses based on lack of personal jurisdiction or insufficient service of process of the Summons and Complaint.

This Stipulation may be executed in facsimile counterparts, each of which shall constitute an original and may be submitted to the Court.

Dated: New York, New York
       December 18, 2007

                                            **KANE KESSLER, P.C.**

                                            By: _____
                                              Adam Cohen (AMC-9918)
                                                 Gillian Overland (GO-7300)
                                              Attorneys for Defendant Lipsy, Ltd.
                                              1350 Avenue of the Americas
                                              New York, New York 10019
                                              (212) 541-6222

#280184.1

GOTTLIEB, RACKMAN
& REISMAN, P.C.

By: s/ Marc Misthal, with permission
George Gottlieb (GG-5761)
Marc P. Misthal (MM-6636)
Attorneys for Plaintiff
270 Madison Avenue
New York, New York 10016
(212) 684-3900

SO ORDERED

_____
Scheindlin, J.

12/21/07

#280184.1                                2