Adam M. Cohen, Esq. (AMC-9918)
Gillian Overland, Esq. (GO-7300)
KANE KESSLER, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Attorneys for Defendant/Counterclaimant Lipsy Ltd.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

A.I.J.J. ENTERPRISES, INC.,          :
                                     :
                        Plaintiff,   :   07 Civ. 10511 (SAS)
                                     :
    - against -                      :
                                     :   <u>RULE 7.1 STATEMENT</u>
LF STORES, CORP., LF STORES NEW      :
YORK, INC. and LIPSY LTD.,           :
                                     :
                        Defendants.  :
------------------------------------------------------------x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for private (non-governmental) parties certifies that Defendant/Counterclaimant Lipsy, Ltd. has no corporate or other parents, subsidiaries, or affiliate the securities or other interests in which are publicly held.

Dated: New York, New York
   January 7, 2008

              KANE KESSLER, P.C.

              By: _____
                Adam M. Cohen (AMC-9918)
                Gillian Overland (GO-7300)
              Attorneys for Defendant/Counterclaimant Lipsy Ltd.
              1350 Avenue of the Americas
              New York, New York 10019
              (212) 541-6222
              acohen@kanekessler.com
              goverland@kanekessler.com

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

      **I, SANDRA AYALA,** being duly sworn, say:

      I am not a party to the within action, am over 18 years of age, and reside at Levittown, New York.

      On January 7, 2008, I served the within:

### RULE 7.1 STATEMENT

by delivering a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following:

      George Gottlieb, Esq.
      Marc Misthal, Esq.
      Gottlieb, Rackman & Reisman, PC
      270 Madison Avenue
      New York, NY  10016

      _____
      SANDRA AYALA

Sworn to before me this
7th day of January, 2008

_____
Notary Public

    **BRUCE M. SCHLOSS**
    Notary Public, State of New York
    No. 31-4734625
    Qualified in Westchester County
    Commission Expires May 31, 20_10_