Adam M. Cohen, Esq. (AMC-9918)
Gillian Overland, Esq. (GO-7300)
**KANE KESSLER, P.C.**
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Attorneys for Defendants LF Stores, Corp. and LF Stores New York, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**A.I.J.J. ENTERPRISES, INC.,**

                  **Plaintiff,**            07 Civ. 10511 (SAS)

    - against -

                                                 **RULE 7.1 STATEMENT**

**LF STORES, CORP., LF STORES NEW**
**YORK, INC. and LIPSY LTD.,**

                  **Defendants.**
-----------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for private (non-governmental) parties certifies that Defendants LF Stores, Corp. and LF Stores New York, Inc. have no corporate or other parents, subsidiaries, or affiliate the securities or other interests in which are publicly held.

Dated: New York, New York
       January 7, 2008

                                              **KANE KESSLER, P.C.**

                                              By:_____
                                                Adam M. Cohen (AMC-9918)
                                                Gillian Overland (GO-7300)
                                            Attorneys for Defendants LF Stores, Corp. and
                                                 LF Stores New York Inc.
                                              1350 Avenue of the Americas
                                              New York, New York 10019
                                              (212) 541-6222
                                              acohen@kanekessler.com
                                              goverland@kanekessler.com

280915.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

I, **SANDRA AYALA**, being duly sworn, say:

I am not a party to the within action, am over 18 years of age, and reside at Levittown, New York.

On January 7, 2008, I served the within:

### RULE 7.1 STATEMENT

by delivering a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following:

> George Gottlieb, Esq.
> Marc Misthal, Esq.
> Gottlieb, Rackman & Reisman, PC
> 270 Madison Avenue
> New York, NY  10016

_____
SANDRA AYALA

Sworn to before me this
7th day of January, 2008

_____
Notary Public

BRUCE M. SCHLOSS
Notary Public, State of New York
No. 31-4734625
Qualified in Westchester County
Commission Expires May 31, 20_10_