UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
A.I.J.J. ENTERPRISES, INC.,                       :     07 CV 10511 (SAS)
                                                  :
                    Plaintiff,                    :
                                                  :
        - against -                               :     NOTICE OF APPEARANCE
                                                  :
LF STORES, CORP., LF STORES NEW                   :
YORK, INC. and LIPSY LTD.,                        :
                                                  :
                    Defendants.                   :
------------------------------------------------------------x

S I R S :

   PLEASE TAKE NOTICE, that Gillian Overland, Esq. has been retained as an attorney for the defendant Lipsy Ltd. in the above-entitled action and demand that a copy of all papers in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
       January 22, 2008

                                    KANE KESSLER, P.C.

                                    By: _____
                                        Gillian Overland (GO-7300)
                                        Attorneys for Defendant/
                                            Counterclaim Plaintiff
                                            Lipsy, Ltd.
                                        1350 Avenue of the Americas
                                        New York, New York 10019
                                        (212) 541-6222
                                        goverland@kanekessler.com

#282079.1