# GOTTLIEB, RACKMAN & REISMAN, P.C.

COUNSELORS AT LAW

PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601

PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999

WEB: http://www.grr.com · E-MAIL: Info@grr.com

JAMES REISMAN
MICHAEL L. RACKMAN
GEORGE GOTTLIEB
BARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
ANN G. GOLDSMITH
TREENU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN

OF COUNSEL
DIANA MULLER*

* MEMBER OF THE BAR
OF ARGENTINA ONLY

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
MARC P. MISTHAL
FRANK D. DECOLVENAERE
STEVEN STERN
YUVAL H. MARCUS

PATENT AGENT
ZOYA V. CHERNINA

January 24, 2008



RECEIVED
CHAMBERS OF

JAN 2 4 2008

JUDGE SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/08

**VIA FACSIMILE (212) 805-7920**
The Honorable Shira A. Scheindlin
United States District Court
United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:   A.I.J.J. Enterprises, Inc. v. LF Stores,
      Civil Action No. 07 CV 10511 (SAS)

Dear Judge Scheindlin:

We represent plaintiff A.I.J.J. Enterprises, Inc. in connection with the above-referenced matter.

The court has scheduled an initial conference in this matter for <u>Tuesday, January 29, 2008 at 4:30</u> p.m. The relevant personnel at our client are out of the country and will not return in time for us to discuss scheduling with them in advance of the currently scheduled January 29 conference. Accordingly, on behalf of plaintiff, we respectfully request that the initial conference be adjourned until February 15, 2008.

An adjournment of the initial conference has not been previously requested. Defendants have consented to the adjournment of the initial conference.

A proposed order rescheduling the initial conference is attached.

*The plaintiff's request is denied.*

Respectfully submitted,

*SO ORDERED*

GOTTLIEB, RACKMAN & REISMAN, P.C.

*Date: New York, NY*
*January 24, 2008*

Marc P. Misthal

*Shira A. Scheindlin*
*U.S.D.J.*

MPM
Encls.
cc:   Gillian Overland, Esq. (w/encls.) (via facsimile)