So Ordered

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
1/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| A.I.J.J. ENTERPRISES, INC., | Civil Action No. 07 CV 10511 (SAS) |
|---|---|
| Plaintiff, | |
| v. | |
| LF STORES, CORP.; LF STORES NEW YORK, INC. and LIPSY LTD., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that A.I.J.J. Enterprises, Inc.'s time to answer the Counterclaims asserted by Lipsy Ltd. is hereby extended to and including February 15, 2008. A.I.J.J. Enterprises, Inc. agrees not to make a motion pursuant to Rule 12 (b)(6) in lieu of filing an answer to the Counterclaims.

_____
GOTTLIEB, RACKMAN & REISMAN, P.C.
George Gottlieb (GG 5761)
Marc P. Misthal (MM 6636)
Attorneys for Plaintiff
270 Madison Avenue
New York, New York 10016-0601
(212) 684-3900
ggottlieb@grr.com
mmisthal@grr.com

_____
KANE KESSLER P.C.
Adam M. Cohen (AMC-9918)
Gillian Overland (GO-7300)
Attorneys for Defendants
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222
acohen@kanekessler.com
goverland@kanekessler.com

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

1/28/08