UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| A.I.J.J. ENTERPRISES, INC., | Civil Action No. 07 CV 10511 (SAS) |
|---|---|
| Plaintiff, | *Amended Scheduling Order* |
| v. | ECF CASE |
| LF STORES, CORP.; LF STORES NEW YORK, INC. and LIPSY LTD., | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/29/08 |
| Defendants. | |

   WHEREAS, the Court issued a Scheduling Order for a Conference on January 29, 2008 (the "Order"); and

   WHEREAS the Order sets a schedule for the conduct of this action;

   NOW, THEREFORE, good cause having been shown, the Order is amended as follows:

   a) Initial Disclosures shall be made by March 11, 2008.

   b) Document Requests shall be served by March 25, 2008.

   c) Responses to Document Requests shall be served by April 25, 2008.

   d) Additional parties shall be joined by June 23, 2008.

   e) Expert reports to be served by party with burden of proof by September 12, 2008.

   f) Expert rebuttal reports to be served by October 6, 2008

   g) Expert depositions to be completed by November 7, 2008.

   h) Fact discovery to be completed by August 30, 2008.

   i) Plaintiff to supply its pre-trial order matters to defendants by November 21, 2008 if no motion for summary judgment is pending; if a motion for summary judgment is pending, plaintiff to supply its pre-trial order matters to defendants thirty (30) days after the court decides the motion for summary judgment.

   j) Parties to submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed

jury instructions, for a trial by December 8, 2008 if no motion for summary judgment is pending.

on _____ k) Final pre-trial conference pursuant to Fed. R. Civ. P. 16 (d) to be held
on _____ August 28 at 4 30 _____

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.        2/28/08