MEMO ENDORS...

## KANE KESSLER, P.C.

THOMAS A. KANE (1928-1977)
SIDNEY S. KESSLER (1938-1986)

DARREN S. BERGER*†
ADAM M. COHEN
STEVEN E. COHEN
JEFFREY H. DAICHMAN
ERIC P. GONCHAR
ARIS HAIGIAN
MITCHELL D. HOLLANDER†
S. REID KAHN**
ROBERT L. LAWRENCE
RONALD L. NURNBERG*
ARTHUR M. ROSENBERG†
DAVID R. ROTHFELD
JUDITH A. STOLL
DANA M. SUSMAN†
JEFFREY S. TULLMAN

JOSEPH NURNBERG (RETIRED)

1350 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-4896
(212) 541-6222
FAX: (212) 245-3009
WWW.KANEKESSLER.COM

NEW JERSEY OFFICE
CONTINENTAL PLAZA
433 HACKENSACK AVENUE
HACKENSACK, N.J. 07601-6319
(201) 487-2828
FAX: (201) 487-3776

WRITER'S DIRECT NUMBER

(212) 519-5163
goverland@kanekessler.com

March 12, 2008

STEPHEN STEINBRECHER
SENIOR COUNSEL

PETER R. HERMAN
ROBERT KOLODNEY
ROBERT L. SACKS
BRUCE M. SCHLOSS
COUNSEL

MICHAEL A. ZIMMERMAN
OF COUNSEL

JARRETT K. BRATERMAN
GARY E. CONSTABLE†
PIERRE E. DEBBAS
NIKI J. FRANZITTA
MICHAEL R. FUTTERMAN†
ARI M. GAMSS
BRENDAN P. McFEELY
GARY E. OSTROFF
GILLIAN OVERLAND†
MICHAEL J. ROMER
ADAM E. SCHWARTZ†
LOIS M. TRAUB
JOSEPH J. VENTIMIGLIA
CHRISTIAN R. WHITE
JONATHAN A. ZALKIN

ALSO ADMITTED
FLA. BAR*
N.J. BAR†
N.J. AND D.C. BAR**

**Via Facsimile (212-805-6724)**

Honorable Frank Maas
United States Magistrate Judge
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street - Room 740
New York, New York 10007

*[Handwritten endorsement: I am on Criminal Duty the week of May 5th. The conference is adjourned to 5/15/08 at 5 pm. /s/ Maas, USMJ, 3/12/08]*

Re: **A.I.J.J. Enterprises Inc. v. Lipsy Ltd., et al.**
    07 Civ. 10511 (SAS)(FM)

Dear Judge Maas:

      We represent the defendants in the above-referenced action. We write this letter to request an adjournment of the settlement conference which is currently scheduled for March 28, 2008 at 2:00 p.m. before Your Honor. Plaintiff has consented to this request. The parties are available on May 6, 7 or 8, 2008.[1]

      The reason for the request is as follows: the parties are in the process of negotiating a settlement and are hopeful that this matter can be resolved without further assistance from the Court. Judge Scheindlin has agreed to extend the discovery schedule in this case by three weeks so that the parties will have an opportunity to attempt to finalize a settlement without incurring additional costs on the litigation. A copy of Judge Scheindlin's Order extending discovery is enclosed herewith. As such, we hereby request that Your Honor similarly grant the parties an

---

[1] Please note that the Jewish Holidays have made it difficult for the parties to agree upon earlier dates.

#284571.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

KANE KESSLER, P.C.

Honorable Frank Maas
March 12, 2008
Page 2

adjournment of the settlement conference so that the parties will have time to attempt to settle the matter without judicial intervention.

    Thank you in advance for your consideration.

                                    Respectfully Submitted,

                                    Gillian Overland

GFO/nd

cc:    Marc Misthal, Esq.
       *(via facsimile and regular mail)*

       Adam M. Cohen, Esq.

225842.1