UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
A.I.J.J. ENTERPRISES, INC.

           Plaintiff,

- against -

LF STORES, CORP., LF STORES NEW YORK, INC. and LIPSY LTD.,

           Defendants.
------------------------------------------------------X

**ORDER OF DISMISSAL**

07 Civ. 10511 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

The parties having notified the Court that they have reached a resolution of this action,

IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 45 days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         March 26, 2008

1

## - Appearances -

**For Plaintiff:**

George Gottlieb, Esq.
Marc P. Misthal, Esq.
Gottlieb Rackman & Reisman, P.C.
270 Madison Avenue
New York, NY 10016
(212) 684-3900
Fax: (212) 684-3999

**For Defendants:**

Adam M. Cohen, Esq.
Gillian Overland, Esq.
Kane Kessler, P.C.
1350 Avenue of the Americas, 26th Fl.
New York, NY 10019
(212) 519-5146
Fax: (212) 245-3009