*Settlement J*

Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
A.I.J.J. ENTERPRISES, INC.,,

          Plaintiff,

    - v -

LF STORES, CORP.; LF STORES
NEW YORK, INC. and LIPSY LTD.
          Defendants.
------------------------------------------------X

07 CV 10511 (SAS)
ECF CASE


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

### STIPULATION OF DISMISSAL

A.I.J.J. Enterprises, Inc., having made claims for trademark infringement, unfair competition and injury to business reputation and dilution against LF Stores, Corp.; LF Stores New York, Inc. and Lipsy, Ltd. ("Defendants"), and Lipsy, Ltd. having made counterclaims for trademark infringement, unfair competition and injury to business reputation and dilution against A.I.J.J. Enterprises, Inc., and it being so agreed by and between the parties, it is

ORDERED AND ADJUDGED that:

1. This Court has subject matter jurisdiction over this action, as it arises under the Trademark Laws of the United States, specifically the Lanham Act, 15 U.S.C. § 1051, et seq. and the common law of the state of New York, and has jurisdiction and venue over the parties.

2. This action, the claims therein having been resolved pursuant to an Agreement dated March 26 2008, is dismissed with prejudice as between the parties, and the parties shall bear their own costs and legal fees.

GOTTLIEB, RACKMAN & REISMAN, P.C.  
Attorneys for Plaintiff  
270 Madison Ave.  
New York, N.Y. 10016

By /s/ Marc P. Misthal  
Marc P. Misthal

Date: April 3 2008

KANE KESSLER, P.C.  
Attorneys for Defendants  
1350 Avenue of the Americas  
New York, NY 10019

By /s/ Adam Cohen  
Adam Cohen

Date: April 1, 2008

SO ORDERED:

Date: 4/7/08

_____  
U.S.D.J.